

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00119-CV

_____

JULIO PEREZ, JR., Appellant

V.

EDWIN R. SEWELL, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 12C1410-102

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Appellant, Julio Perez, Jr., has filed a motion to dismiss his pending appeal in this matter pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.1(a)(1).  The motion is signed by the appellant, who is representing himself.

We grant the appellant's motion and dismiss the appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     April 16, 2013
Date Decided:       April 17, 2013